Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
**JACKSON LEWIS LLP**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

Theresia Moser (admitted *pro hac vice*)
tmoser@mmlfirm.com
Nikki Kessling (admitted *pro hac vice*)
nkessling@mmlfirm.com
MEYER MOSER LANG LLP
621 North Avenue N.E., Suite C-150
Atlanta, Georgia 30308
Phone: (404) 537-5330
Fax: (404) 537-5340

Attorneys for Defendants
U.S. Home Corporation d/b/a Lennar,
Lennar Corporation, Lennar Sales Corp.
and Greystone Nevada, LLC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERTRAM EASLEY and TROY MINTER,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. HOME CORPORATION D/B/A LENNAR, a Delaware Corporation doing business in Nevada; LENNAR CORPORATION, a Delaware Corporation doing business in Nevada; LENNAR SALES CORP., a California Corporation doing business in Nevada; GREYSTONE NEVADA, LLC, a Delaware Limited-Liability Company doing business in Nevada; DOES 1 through X, and ROE BUSINESS ENTITIES 1 through X inclusive,<br><br>   Defendants. | Case No. 2:11-cv-00357-MMD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 24th day of July, 2013.

| ENGLAND LAW OFFICE | JACKSON LEWIS LLP |
|---|---|
| /s/ Kathleen J. England<br>Kathleen J. England, Bar No. 206<br>630 S. Third Street<br>Las Vegas, Nevada 89101<br><br>*Attorney for Plaintiffs*<br>*Bertram Easley and Troy Minter* | /s/ Elayna J. Youchah<br>Elayna J. Youchah, Bar No. 5837<br>3800 Howard Hughes Pkwy, Ste 600<br>Las Vegas, Nevada 89169<br><br>Theresia Moser (admitted *pro hac vice*)<br>MEYER MOSER LANG LLP<br>621 North Avenue N.E., Suite C-150<br>Atlanta, Georgia 30308<br><br>*Attorneys for Defendants*<br>*U.S. Home Corporation d/b/a Lennar Lennar Corporation, Lennar Sales Corp., and Greystone Nevada, LLC.* |

## ORDER

IT IS SO ORDERED.

Dated the 24th day of July, 2013.

_____
United States District Judge

-2-